

CLERK, U.S. DISTRICT COURT

JAN 13 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Samantha Ann Burnett, *Plaintiff(s) in Propria Persona*
811 NORTH ALBERTSON AVENUE
COMPTON, CA [90220]

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SAMANTHA A. BURNETT,                    )
a single woman,                         )
*Plaintiff(s)(s)*                       )
*vs.*                                   )
NORTHWEST TRUSTEE                       )
SERVICES, INC.,                         )
*Defendant(s) (s)*                      )

**CV 14 - 00291 - DDP**
**(PCAx)**

CASE NO:
VERIFIED COMPLAINT FOR
DAMAGES
JURY TRIAL DEMANDED

**COMES NOW,** the Plaintiff(s)(s) SAMANTHA A. BURNETT complaining of the Defendant(s)(s) and each of them as follows;

## INTRODUCTION

1. This action is an action brought by the Plaintiff(s)(s) for violation of the Fair Credit Reporting Act, 15 U.S.C. §1681, Fair Debt Collection Practices Act, 15 U.S.C.§1692, The Rosenthal Fair Debt Collection Practices Act California Civil Code §§ 1788 et seq, California Deceptive Practices Act at California Business Code §§17200-17210 , and Defamation of Character respectively.

## I. THE PARTIES

2. Plaintiff(s)(s) "SAMANTHA A. BURNETT" is now and at all times relevant to this action an American National. Plaintiff(s)(s) are "consumer(s)" as that term is defined within 15 U.S.C.§1692a(3).



Clerk, US District Court
COURT 4612

JAN 13 2014

PAID

3. Defendant(s) "NORTHWEST TRUSTEE SERVICES, INC." ("Debt Collector") is a limited liability corporation formed under the laws of the state of Washington. It has a principle place of business located at 13555 SE 36TH ST, STE 200 BELLEVUE, WA 98006-1485. Northwest Trustee Services is registered as a foreign corporation in California with an address listed 1241 E. Dyer Road, Suite 250, Santa Ana, California 92705 as Defendant(s) NORTHWEST TRUSTEE SERVICES, INC. are "debt collectors" as that term is defined by 15 USC§1692a(6).

## II. JURISDICTION AND VENUE

4. The US District Court Central District of California has jurisdiction pursuant to 15 U.S.C.§1692 *et*, al, and 15 U.S.C.§1681p *et*, al, 28 U.S.C. § 1332 : Diversity of citizenship and the court has jurisdiction over Plaintiff(s)s tort state claims. Venue is proper as the occurrences which give rise to this action took place in the state of California. Therefore venue is proper in the US District Court Central District of California.

## III. FACTUAL ALLEGATIONS

5. Plaintiff(s)(s) brings this action regarding Defendant(s)s' continued attempts to collect an alleged debt Defendant(s) claims is owed them. However, Plaintiff(s) is without knowledge of the alleged debt Defendant(s) purport to claim is owed.

6. On or about December 26, 2014 Plaintiff(s) received a dunning notice by Defendant(s) "NORTHWEST TRUSTEE SERVICES, INC." (*see*, attached "Exhibit A"). The dunning notice makes numerous claims by the Defendant(s)(s) to Plaintiff(s) regarding an alleged loan, mortgage, and or Deed of Trust. Consequently, Plaintiff(s) is without specific knowledge and evidence that supports Defendant(s)'s claims and allegations.

9. On or about December 31, 2013 in response to Defendant(s)s dunning letters, Plaintiff(s) served upon them a Notice of Dispute, Demand for Verification/Validation of Alleged Debt pursuant to 15 USC§1692, FDCPA. (*see*, attached "Exhibit B") The notice required the Defendant(s) "debt collector" to validate/verify their alleged debt pursuant to 15 USC§1692g.

10. On or about December 26, 2013, Plaintiff(s) received a response from the Defendant(s) that contained "copies" of publicly listed documents filed in the LOS ANGELES COUNTY county Recorder's office. The proffered documents fails to prove the existence of the alleged debt owed to Defendant(s).

11. Defendant(s) is seeking to non-judicially foreclose on Plaintiff(s)'s property without properly verifying that Defendant(s) is a creditor of the Plaintiff(s).

12. The above-detailed conduct by each of the Defendant(s) has more to do

DAMAGES
Page 3 of 9

with their deceptive and illegal acts in their attempt to collect the alleged debt, as

opposed to any determined legitimacy of their alleged debt. The FDCPA, FRCA

and The Rosenthal Fair Debt Collection Practices Act California Civil Code §§

1788 et seq, California Deceptive Practices Act at California Business Code

§§17200-17210 , relates to the Defendant(s)s even if they were collecting a

legitimate debt. Plaintiff(s)s asserts for the record  Defendant(s) is not a creditor,

Lenders, and Mortgagors, neither did either Defendant(s) provide any

credit to Plaintiff(s). Notwithstanding each of the Defendant(s)s are "debt

collectors"

pursuant to 15 USC §1692a(6). Plaintiff(s) allege the FDCPA states in part;

The term "debt collector" means any person who uses any instrumentality of

interstate commerce or the mails in any business the principal purpose of which is

the collection of any debts, or who regularly collects or attempts to collect, directly

or indirectly, debts owed or due or asserted to be owed or due another.

**Notwithstanding the exclusion provided by clause (F) of the last sentence of**

**this paragraph, the term includes any creditor who, in the process of**

**collecting his own debts, uses any name other than his own which would**

**indicate that a third person is collecting or attempting to collect such debts.**

For the purpose of section 808(6), such term also includes any person who uses

any instrumentality of interstate commerce or the mails in any business the

principal purpose of which is the enforcement of security interests.

13. Plaintiff(s) therefore seeks damages as a result of Defendant(s)'s acts in the amount of One Thousand Dollars United States Dollars ($1,000.00) per violation pursuant to the Fair Debt Collections Practices Act plus court cost, and any other amount this court deems proper.

## IV. FIRST CAUSE OF ACTION
## NEGLIGENT, WANTON, AND/OR INTENTIONAL HIRING AND SUPERVISION OF INCOMPETENT EMPLOYEES OR AGENTS, AND
(SAMANTHA A. BURNETT)

14. Paragraphs 1-13 are re-alleged as though fully set out herein.

15. Defendant(s) "NORTHWEST TRUSTEE SERVICES, INC." was aware of their wrongful conduct in creating an alleged debt Plaintiff(s)s are not obligated to, or are not able to discern the amount and character of the alleged debt. Defendant(s) knew and approves of its incompetent employees and agents, attorney debt collectors, and debt collection agency to whom they sold the alleged debt to, who are involved in debt collection against the Plaintiff(s). Defendant(s) NORTHWEST TRUSTEE SERVICES, INC. negligently, wantonly, and/or intentionally hired, trained, retained, or supervised incompetent deb collectors in Defendant(s) NORTHWEST TRUSTEE SERVICES, INC.", whom were allowed, or encouraged

to violate the law as was done to the Plaintiff(s)s. Defendant(s) "NORTHWEST

TRUSTEE SERVICES, INC." is therefore responsible and liable to the Plaintiff(s)

for the wrongs committed against her, and the substantial damages suffered by

Plaintiff(s).

16. Therefore Plaintiff(s) is entitled to punitive, consequential, actual, and

special damages, and any other such damages the court deems necessary.

## VII. SECOND CAUSE OF ACTION
## VIOLATION OF 15 USC 1692, FAIR DEBT COLLECTIONS PRACTICES
## ACT (ALL DEFENDANT(S)

17. Paragraphs 1-16 are re-alleged as though fully set out herein.

18. All paragraphs of this Complaint are expressly adopted and incorporated

herein as if fully set forth herein.

19. Plaintiff(s) is a "consumer" as defined in 15 USC 1692a(3). Defendant(s)

"NORTHWEST TRUSTEE SERVICES, INC." is a "debt collector as defined in

15 USC §1692a(6). Defendant(s) is attempting to collect a debt for "household

purposes 15 USC 1692a(5).

20. Plaintiff(s) served Defendant(s)  a "Notice of Dispute, Demand for

Verification/Validation of Alleged Debt" in compliance with 15 USC§1692g. 15

USC 1692g requires Defendant(s) to provide Plaintiff(s) with verification of the

alleged debt once received. 15 USC 1692g(5)(b) requires Defendant(s) to cease all

collection activity until the debt collector obtains *verification* of the alleged debt.

Defendant(s) has failed to provide one scintilla of proof of their alleged debt.

However Defendant(s) continues to make attempts at collection of the alleged debt

through erroneous credit reporting and a scheduled non-judicial foreclosure.


21. Defendant(s) violated the FDCPA, and caused damages to Plaintiff(s) by their

failure to comply with the Act. Defendant(s)'s violations include, but are not

limited

to the following;

    a. Defendant(s) violated §1692d of the FDCPA by engaging in conduct the
natural consequences of which is to harass, oppress, or abuse any person
in connection with the collection of an alleged debt and;

    b. Defendant(s) violated §1692(j) of the FDCPA by using unfair or
unconscionably means in connection with the collection of an alleged
debt;

    c. using unfair or unconscionable means to collect or attempt to collect a
debt, in violation of 15 U.S.C. §1692f;

    d. Defendant(s) violated the 15 USC§1692(e)(8) requires debt collectors to
communicate the disputed status of a debt if the debt collector 'knows or
should know' that the debt is disputed, standard requires no notification
by the consumer, written or oral, and instead, depends solely on the debt
collector's knowledge that a debt is disputed, regardless of how or when
that knowledge is "acquired."

22. Specifically Defendant(s) "NORTHWEST TRUSTEE SERVICES, INC."
knew it was not entitled to collect on the non-existent debt.

23. Defendant(s)s were fully aware that each of them were/are *unable* to provide a
performance contract executed by Plaintiff(s)s, whereby Plaintiff(s)s are obligated
to Defendant(s)s.

24. Therefore Defendant(s) is liable to Plaintiff(s) for damages to her consumer
credit reports which resulted in higher auto insurance premiums, higher interest
rates, emotional, mental stress, insomnia, embarrassment, loss of sleep, anxiety,
and other related damages due to Defendant(s)'s acts.

Dated: January 13, 2014

BY: _____
CONSUMER, *Plaintiff(s)*

EXHIBIT A
EXHIBIT B

## CERTIFICATE OF SERVICE

I certify that a copy of the Summons and Complaint will be served upon
Defendant(s)(s) party listed below in compliance with FRCP Rule 4;

NORTHWEST TRUSTEE SERVICES, INC.
13555 SE 36TH ST, STE 200
BELLEVUE, WA 98006-1485

NORTHWEST TRUSTEE SERVICES, INC.
ATTN: VICTORIA GUITERREZ
1241 E. DYER ROAD
SUITE 250
SANTA ANA, CALIFORNIA

Agent for Service of Process:   CORPORATION SERVICE COMPANY WHICH
WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS
INCORPORATING SERVICE
Agent Address:   2710 GATEWAY OAKS DR STE 150N
Agent City, State, Zip:   SACRAMENTO CA 95833

# EXHIBIT "A"

Recording requested by:

When recorded mail to:
**NORTHWEST TRUSTEE SERVICES, INC.**
**1241 E. Dyer Road, Suite 250**
**Santa Ana, CA 92705**

_Space above this line for recorder's use only_

| | | |
|---|---|---|
| File No. 7042.11191 | Title Order No. NXCA-0110011 | MIN No. 1001337-0002250710-0 |
| APN 6143-002-011 | | |

## NOTICE OF TRUSTEE'S SALE

<u>ATTENTION RECORDER</u>: THE FOLLOWING REFERENCE TO AN ATTACHED SUMMARY IS
APPLICABLE TO THE NOTICE PROVIDED TO THE TRUSTOR ONLY.

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY



**YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 08/06/07. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**
A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in §5102 to the Financial code and authorized to do business in this state, will be held by duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to satisfy the obligation secured by said Deed of Trust. The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein.

Trustor(s): **SAMANTHA A BURNETT, A SINGLE WOMAN**
Recorded: **08/13/07**, as Instrument No. **20071894015**, of Official Records of **LOS ANGELES** County, California.
Date of Sale:   01/16/14 at 1:00 PM
Place of Sale: **In the main dining room of the Pomona Masonic Temple, located at 395 South Thomas Street, Pomona, CA**
The purported property address is: **811 NORTH ALBERTSON AVENUE, COMPTON, CA 90220**
Assessors Parcel No. 6143-002-011
The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is **$432,350.40.**
If the sale is set aside for any reason, the purchaser at the sale shall be entitled only to a return of the deposit paid, plus interest. The purchaser shall have no further recourse against the beneficiary, the Trustor or the trustee.

**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

**NOTICE TO PROPERTY OWNER:** The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and if applicable, the rescheduled time and date for the sale of this property, you may call 877-484-9942 or 800-280-2832 or visit this Internet Web site www.USA-Foreclosure.com or www.Auction.com using the file number assigned to this case 7042.11191. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale.

Date:  December 19, 2013          **NORTHWEST TRUSTEE SERVICES, INC., as Trustee**

Victoria Gutierrez, Authorized Signatory
1241 E. Dyer Road, Suite 250, Santa Ana, CA 92705
866-387-6987

Sale Info website: www.USA-Foreclosure.com or www.Auction.com
Automated Sales Line: 877-484-9942 or 800-280-2832
Reinstatement and Pay-Off Requests:  866-387-NWTS

THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE
USED FOR THAT PURPOSE

# EXHIBIT "B"

CERTIFIED MAIL# 7012 3460 0003 0115 6270 RRR

FROM:
SAMANTHA A. BURNETT, OWNER/PLAINTIFF DECEMBER 31,2013
811 NORTH ALBERTSON AVENUE
COMPTON, CA 90220

TO:
NORTHWEST TRUSTEE SERVICES, INC.
C/O VICTORIA GUTIERREZ- DEFENDANT          **NOTICE TO AGENT IS NOTICE TO PRINCIPLE**
1241 E. DYER ROAD SUITE 250
SANTA ANA, CA 92705                       **NOTICE TO PRINCIPLE IS NOTICE TO AGENT**

DATE; DECEMBER 31, 2013 VIA CERTIFIED MAIL# 7012 3460 0003 0115 6270 RRR

### RE: Notice of Dispute, Demand for Verification/Validation of Alleged Debt;

I recently received a visit from an alleged agent of yours who was attempting to post a "NOTICE OF TRUSTEE'S SALE" on my private property located at 811 North Albertson Avenue, Compton, California 90220 at which point I instructed such individual to refrain from posting notices on my property without my permission or evidence that he had such rights to do so. This event was videotaped and recorded and will be presented in a court of law as evidence. The papers the individual was attempting to post contained the name of a Victoria Guiterrez, an "Authorized Signatory" allegedly for Northwest Trustee Services. The document contained no signature.**PRIVATE PROPERTY NO TRESPASSING SIGNS** were posted clearly on the property.

I have not received any mailing from a creditor by certified mail with return receipt requested which would constitute legal evidence of a **Notice** from an alleged creditor that an obligation is owed by me in any way. I did, however, recently receive a dunning letter from **your** agency that alleges **your** position as a **DEBT COLLECTOR** for a Deed of Trust allegedly executed with **NORTHWEST TRUSTEE SERVICES, INC.** on or about 08/06/2007. **Accordingly, my records reflect you are not, neither have you ever been a known creditor of mine, or one that I have conducted any consumer transactions with.Therefore your identity is unknown to me at this time, and you appear to not be a known party to any transaction that I recall. This requires further information and documentation from you to verify your status and capacity.Therefore I am respectfully demanding verification and or validation of any alleged debt pursuant to 15 USC§1692g, 15 USC§1681, and The Rosenthal Fair Debt Collection Practices Act California Civil Code §§ 1788 etseq respectively.** Since you claim to be acting in the capacity of an "alleged servicer" acting in and for an alleged Lender, this notice may be construed as a Qualified Written Request ("QWR") pursuant to 12 USC§2605(e).

CERTIFIED MAIL# 7012 3460 0003 0115 6270 RRR

however it is my belief that you are concealing your identify as a debt collector, to portray the image of a mortgagee or servicer to which you are neither. NORTHWEST TRUSTEE SERVICES, INC. is a **"debt collector"** pursuant to 15 USC§1692a (6), 15 USC§1681n, and The Rosenthal Fair Debt Collection Practices Act California Civil Code §§ 1788 et seq. SAMANTHA A BURNETT is a "consumer" as that term is defined in 15 USC§1692a (3), 15 USC§1681, and The Rosenthal Fair Debt Collection Practices Act California Civil Code §§ 1788 et seq. NORTHWEST TRUSTEE SERVICES, INC., is not a creditor, and I have not applied for, neither received any services or credit with your particular agency. Additionally, if you have obtained my consumer credit (inquiry) report your intrusion into my personal credit file constitutes a willful and negligent violation of 15 USC§1681q which would also be a criminal offense (felony) punishable under Title 18§USC, the penalty being a fine and or two years imprisonment.

In light of the foregoing, please provide a certified true alleged original genuine executed contract/agreement that memorializes the transaction between you and I that supports your alleged debt. If your debt collection firm is unable to provide a sufficient legal basis for your illegal intrusion to my credit file, erroneous credit reporting, and dunning letters demanding payment. I will bring suit against your agency for violations of federal and state consumer protection laws without further notice. Therefore, this notice can beconstrued as a Notice of Intent to bring such action if your response does not support alegal/legitimate debt "owed" to your agency. In concluding, you are required to respondwithin five (5) business days to my requests, should you fail to timely respond, and or proffera non- response, a suit will be filed in the appropriate court.

Regards,


Samantha A. Burnett

CERTIFIED MAIL# 7012 3460 0003 0115 6270 RRR

## AFFIDAVIT OF MAILING

State of California      )

County of Los Angeles) ss

I am over 18 years of age and not a party to the within action; my business address is:

1333 E Compton Blvd, Compton CA 90221

On this ___31st___ day of December, 2013 I mailed one copy of the following:

**1. Notice of Dispute, Demand for Verification/Validation of Alleged Debt**

A total of Two (2) Pages mailed herewith, including all attachments (not including this Affidavit of Mailing) by United States Postal Service Certified Mail, Article No. CERTIFIED MAIL 7012 3460 0003 0115 6270 Return Receipt Requested, in a sealed envelope with postage prepaid, properly addressed to the following:

NORTHWEST TRUSTEE SERVICES, INC.
C/O VICTORIA GUTIERREZ- DEFENDANT
1241 E. DYER ROAD SUITE 250
SANTA ANA, CA 92705

I declare under penalties of perjury under the laws of the State of California that that above is true, correct, and complete, and that this **Affidavit of Mailing** was executed on December __31st__, 2013 at __Compton_____, California.

State of California
County of __Los Angeles__
Subscribed and sworn to (or affirmed) before me on this __31st__ day of __December__,
20_13_, by __Samantha Burnett_____, proved to me on the basis of satisfactory
evidence to be the person(s) who appeared before me.

(Seal) Signature _____

J. DELOATCH
COMM # 1944808
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires JUL 21, 2015

## *ORIGINALS RETAINED TO PRESENT AS EVIDENCE IN A COURT OF LAW*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☑ )

SAMANTHA A BURNETT

**(b)** County of Residence of First Listed Plaintiff  *LA County*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

NORTHWEST TRUSTEE SERVICES, INC

County of Residence of First Listed Defendant  *King*
*(IN U.S. PLAINTIFF CASES ONLY)*

Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☑ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☑ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT:** $ 1,000 Per Violation

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C. §1681, 15 U.S.C §1692 Fair Debt Collection Practices Act

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☑ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 881 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☑ 220 Foreclosure | ☐ 368 Asbestos Personal Injury | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number:  CV14 - 00291

CV-71 (11/13)  **CIVIL COVER SHEET**  Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE**: Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned.  This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☑ No | ☐ Los Angeles | Western |
| If "no," go to Question B.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B:  Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF? Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT? Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| ☐ Yes  ☑ No | ☐ Los Angeles | ☐ Los Angeles | Western |
| If "no," go to Question C.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C:  Location of plaintiffs, defendants, and claims? (Make only one selection per row) | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

**C.1.  Is either of the following true?  If so, check the one that applies:**

☐ 2 or more answers in Column C

☑ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right.  ➡

**C.2.  Is either of the following true?  If so, check the one that applies:**

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below.  ➡

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above:  ➡ | |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court** and dismissed, remanded or closed?   ☑ NO   ☐ YES

   If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed **in this court** that are related to the present case?   ☑ NO   ☐ YES

   If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

                      ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

                      ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

                      ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _____ *Samartha Snsneff* _____ DATE: ___1/13/14___

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____ Dean D. Pregerson _____ and the assigned Magistrate Judge is _____ Paul L. Abrams _____ .

The case number on all documents filed with the Court should read as follows:

## 2:14-CV-00291-DDP (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

_____ January 13, 2014 _____
Date

By  MDAVIS _____
Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

☑ Western Division
312 N. Spring Street, G-8
Los Angeles, CA 90012

☐ Southern Division
411 West Fourth St., Ste 1053
Santa Ana, CA 92701

☐ Eastern Division
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Failure to file at the proper location will result in your documents being returned to you.**

---